UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUSTIN GOLDMAN,

                 Plaintiff,

    -against-

STADIUM, INC., DIAMOND SPORTS
GROUP, LLC,

                 Defendants.

26-cv-0773 (LTS)

CIVIL JUDGMENT

For the reasons stated in the April 6, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

  Dated:   April 9, 2026
           New York, New York

                         /s/ Laura Taylor Swain
                           LAURA TAYLOR SWAIN
                  Chief United States District Judge